UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mary Aku Quartey, )
        Plaintiff, )
        v. ) Civil Action No. 14-1068
Barack Obama *et al.*, )
        Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e), which requires the Court to dismiss a complaint upon a determination that it, among other grounds, is frivolous.[1]

Plaintiff Mary Aku Quartey currently resides at a women's shelter in the District of Columbia. She purports to sue a list of well-known individuals, including President Barack Obama, Michelle Obama, Condoleezza Rice, Mitt Romney, and Chief Justice John Roberts. Compl. Caption. The statements in the complaint are nonsensical. Plaintiff states, for example, that she "claim[s] ownership of I Honorable Mary Aku Quartey's Congressional Seats, Properties and Trillions of Capital Wealth." Compl. at 1. She also states that her "ex-husband Mr. Alfred K. Quartey was conveyed to the Supreme Court, the Long Worth Building, Postal

---

[1] In her *in forma pauperis* application, plaintiff lists her income as $6,720 for an unspecified pay period. On the other hand, plaintiff states that she is receiving food stamps and the complaint reveals that she lives in a homeless shelter. Despite the incongruities, plaintiff does not appear to be intentionally misleading the Court. Therefore, dismissal of the case on the basis that "the allegation of poverty is untrue" is not warranted. 28 U.S.C. § 1915(e)(2)(A).

1

Service, Tampa District Court and Tampa Federal Bureau of Investigation in Florida where [he] witnessed documentation ownership of trillions of wealth [for plaintiff] upon which he was deceived by First Lady Michelle Obama and Former President George W. Bush," who is not a named defendant, "to falsely sign [plaintiff's] death." *Id.* at 1-2. Plaintiff demands $200 million "to relocate for preparation towards the event and naming ceremony of a statue in Ghana-Accra which will prevent the assaccination [sic] plot for innocent Mary Aku Quartey." *Id.* at 2.

The complaint presents the very type of fantastic or delusional scenarios warranting dismissal of the case under section 1915(e)(2)(B)(i) as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994); *see Crisafi v. Holland*, 655 F.2d 1305, 1307-08 (D.C. Cir. 1981) ("A court may dismiss as frivolous complaints . . . postulating events and circumstances of a wholly fanciful kind."). A separate Order of dismissal accompanies this Memorandum Opinion.

Date: June 18, 2014

United States District Judge
J. Boasberg